IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WALIYYUDDIN S. ABDULLAH : CIVIL ACTION
:
    v. :
:
THE SMALL BUSINESS BANKING DEPARTMENT : NO. 13-305
OF THE BANK OF AMERICA :
THE SMALL BUSINESS DEPARTMENT OF :
WELLS FARGO BANK :

**O R D E R**

    AND NOW, this 28th day of January, 2013, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint, it is ORDERED that:

    1.   Leave to proceed in forma pauperis is GRANTED.

    2.   The complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons stated in the Court's Memorandum. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order. If he fails to do so, his case will be DISMISSED with prejudice. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

    3.   The Clerk shall mark this case CLOSED for statistical purposes.

                             **BY THE COURT:**


                             s/J. Curtis Joyner
                             **J. CURTIS JOYNER, Ch. J.**