```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WALIYYUDDIN S. ABDULLAH              :    CIVIL ACTION
                                     :
         v.                          :
                                     :
THE SMALL BUSINESS BANKING DEPARTMENT :    NO. 13-305
OF THE BANK OF AMERICA               :
THE SMALL BUSINESS DEPARTMENT OF     :
WELLS FARGO BANK                     :
```

## O R D E R

AND NOW, this 4th day of April, 2013, upon consideration of plaintiff's amended complaint, it is ORDERED that:

1. The amended complaint is DISMISSED for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B), for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

s/J. Curtis Joyner

**J. CURTIS JOYNER, Ch. J.**